THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOHN C. CUSKER, CSBN 148227
Special Assistant United States Attorney
   333 Market St., Ste. 1500
   San Francisco, Ca. 94105
   Tel. (415) 977-8975
   FAX: (415) 744-0134
   Email: john.cusker@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHAWNTAE AFFORD, <br>    Plaintiff, <br> v. <br> MICHAEL J. ASTRUE, Commissioner of Social Security, <br>    Defendant. | Case No. CV 08-7060 (SH) <br><br> ORDER OF REMAND |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation for Remand.

Dated: May 26, 2009

_____
/ S /
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE